COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE OF GENERAL COUNSEL

October 12, 2023

**CONFIDENTIAL**

▮▮▮▮▮▮▮▮▮▮

RE: ▮▮▮▮▮▮
Educator Misconduct Complaint

Dear Ms. ▮▮▮▮

I write to inform you that the Pennsylvania Department of Education's Office of Chief Counsel has reviewed the educator misconduct complaint that you filed related to ▮▮▮▮▮▮, in which you alleged that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Following careful review of the complaint, and any accompanying evidence, we have concluded that the allegations set forth in your complaint are not legally sufficient to warrant the imposition of professional discipline. Therefore, we must dismiss the complaint.

In accordance with the Educator Discipline Act, for the purpose of our initial review we accepted all of your allegations as true and determined on that basis whether the claims would warrant discipline. See 24 P.S. § 2070.9. Under this standard, the allegations contained in the complaint, even if proved to be true, would not warrant professional discipline. For this reason, your complaint must be dismissed. Please be assured that the Department takes allegations of misconduct by educators very seriously.

In closing, I must inform you that the Educator Discipline Act provides that any unauthorized release of confidential information is a misdemeanor of the third degree. See 24 P.S. § 2070.17b. The Educator Discipline Act, which sets forth in detail the disciplinary procedures and confidentiality requirements, can be accessed on the Department's website at: www.pspc.education.pa.gov/educatordisciplineact. A copy of the Act will be provided upon request.

Sincerely,

*[signature]*

Robert Tomaine
Assistant Chief Counsel

Release or publication of this document is a crime and may result in a conviction of a third degree misdemeanor. 24 P.S. § 2070.17b.