IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:25-cv-01474-CB |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| STEPHEN A. ZAPPALA, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO SHOW CAUSE**

On September 24, 2025, Plaintiff filed a Complaint under the pseudonym "Jane Doe" against Defendants Stephen A. Zappala, Jr., District Attorney of Allegheny County, and Carrie Rowe, Acting Secretary of the Pennsylvania Department of Education. Compl. (Doc. 1). Plaintiff did not file a motion to proceed under a pseudonym, despite her stated intention to do so, and her Complaint contains only a bare allegation as to why Plaintiff's identity cannot be made public. Id. at 3, n. 1.

"[O]ne of the essential qualities of a Court of Justice [is] that its proceedings should be public." Doe v. Megless, 654 F.3d 404, 408 (3d Cir. 2011) (citations omitted). "Identifying the parties to the proceeding is an important dimension of publicness. The people have a right to know who is using their courts." Id. (citations omitted). "A plaintiff's use of a pseudonym 'runs afoul of the public's common law right of access to judicial proceedings.'" Id. (citation omitted). Accordingly, the Court of Appeals for the Third Circuit has held that a court may allow a party to use pseudonyms only under in "exceptional cases." Id.; see also Doe v. Borough of Morrisville, 130 F.R.D. 612, 614 (E.D. Pa. 1990) ("Under special circumstances, . . . courts have allowed parties to use fictitious names, particularly where necessary to protect privacy."). To

proceed anonymously, a plaintiff must show "both (1) a fear of severe harm, and (2) that the fear of severe harm is reasonable."  Megless, 654 F.3d at 408 (citation omitted).

Accordingly, Plaintiff hereby is ORDERED to show cause as to why Plaintiff should be permitted to litigate this lawsuit under a pseudonym.  Plaintiff's written response to this Order to Show Cause is due by October 21, 2025.

IT IS SO ORDERED.

October 14, 2025                                              s/ Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record